# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130922 (72)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

VICTORIA YVETTE JONES,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 130922
COA: 261414
Wayne CC: 03-013143-01

     On order of the Court, the motion for reconsideration of this Court's order of August 29, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

11023